UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE INC.                    Civil No. 06-6164

vs.                                      Order of Reassignment

CHARISMA CORP. OF AMERICA, et al.

It is on this 28th day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE FAITH S. HOCHBERG TO JUDGE PETER G. SHERIDAN.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT