DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys For Plaintiff
Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as Ramada Franchise Systems, Inc., a Delaware Corporation, | HON. PETER G. SHERIDAN, U.S.D.J.<br>Civil Action No. 06-6164 (PGS) |
| Plaintiff, | **FINAL JUDGMENT BY CONSENT AGAINST DEFENDANTS CHARISMA CORPORATION OF AMERICA AND BETTY M. SWINNY** |
| v. | |
| CHARISMA CORPORATION OF AMERICA, a Mississippi Corporation; and BETTY M. SWINNY, an individual, | |
| Defendants. | |

This matter having been opened to the Court by Day Pitney LLP, attorneys for plaintiff Ramada Worldwide Inc., with the consent of defendants Charisma Corporation of America and Betty M. Swinny; and it appearing that the parties entered into a settlement agreement (the "Settlement Agreement") to resolve the within litigation; and, as part of that Settlement Agreement, Defendants willingly executed this consent judgment, the contingent entry of which is governed by the terms and conditions of the Settlement Agreement; and good cause appearing;

IT IS on this 22 day of Nov, 2010,

**ORDERED** that final judgment be and the same is entered in favor of RWI, and against Charisma Corporation of America and Betty M. Swinny, jointly and severally, in the amount of $152,000 ~~$177,000.00~~ less any amounts paid by Charisma Corporation of America and Betty M. Swinny to RWI pursuant to paragraph 1 of the Settlement Agreement, for a total amount due of $ 157,000.00 ~~$177,000.00~~

_____
HON. PETER G. SHERIDAN, U.S.D.J.

We hereby consent to the form and
entry of this Consent Judgment:

DAY PITNEY LLP
Attorneys for Plaintiff
Ramada Worldwide Inc.

By: _____
DENNIS R. LAFIURA

Dated: ~~December 17, 2008~~
February

PORZIO, BROMBERG & NEWMAN, P.C.
Attorneys for Defendants
Charisma Corporation of America
and Betty M. Swinny

By: _____

Dated: ~~December~~ January 7, 2009 ~~2008~~

2